**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Suy Bora, | ) No. CV-10-2810-PHX-FJM |
| Petitioner, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Katrina S. Kane, | ) |
| Defendant. | ) |
| | ) |

The court has before it petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241 (doc. 1), respondents' answer (doc. 7), and the report and recommendation of the United States Magistrate Judge recommending that the petition be denied (doc. 9).

The docket indicates that petitioner is no longer in custody (doc. 10). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." Abdala v. I.N.S., 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner challenges only the length of his detention, due to his release there is "no extant controversy for the district court to act upon" and the petition is moot. Id. at 1065.

**IT IS THEREFORE ORDERED DISMISSING** the petition for a writ of habeas corpus (doc. 1).

DATED this 14th day of June, 2011.

Frederick J. Martone
United States District Judge